**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

MARK CALERO,

      Plaintiff,

vs.                               Civ. No. 20-1015 KWR/KK

CORECIVIC INC.,

      Defendant.

**ORDER VACATING INITIAL SCHEDULING CONFERENCE,
FINDING GOOD CAUSE TO DELAY SCHEDULING ORDER,
AND SETTING DEADLINE**

THIS MATTER is before the Court *sua sponte* on a review of the record.  On October 12, 2020, Defendant filed a Motion to Dismiss all of the claims in Plaintiff's Complaint, which is not yet fully briefed.  (Doc. 7.)  In the parties' Joint Status Report and Provisional Discovery Plan ("JSR"), filed November 4, 2020, Defendant indicated that it intends to file a motion to stay discovery pending the Court's ruling on the Motion to Dismiss.  (Doc. 9 at 6-7, 9.)  Plaintiff, in turn, indicated that he "takes exception" to the "notion" of such a stay.  (*Id.*)

Based on the foregoing and pursuant to Federal Rule of Civil Procedure 16(b)(2), the Court finds good cause to vacate the telephonic Rule 16 Initial Scheduling Conference previously set for Friday, November 13, 2020 at 9:30 a.m. (Doc. 5), and to delay entry of a scheduling order until the Court has resolved Defendant's motion to stay discovery, which is to be filed by Thursday, November 19, 2020.

IT IS THEREFORE ORDERED that the telephonic Rule 16 Initial Scheduling Conference previously set for Friday, November 13, 2020 at 9:30 a.m., and all associated deadlines as set forth

in the Court's Initial Scheduling Order (Doc. 5), are hereby VACATED, to be reset upon further Order of the Court if necessary.

IT IS FURTHER ORDERED that Defendant shall file its motion to stay discovery pending the Court's ruling on its Motion to Dismiss by **Thursday, November 19, 2020**.

IT IS SO ORDERED.

_____
KIRTAN KHALSA
UNITED STATES MAGISTRATE JUDGE