## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

MARK CALERO,

      Plaintiff,

v.                                                                Civ. No. 20-1015 KWR/KK

CORECIVIC, INC.,

      Defendant.

### ORDER SETTING TELEPHONIC STATUS CONFERENCE

The Court will hold a telephonic status conference on **Friday, July 23, 2021 at 1:30 p.m.** to discuss the scheduling of a Rule 16 Settlement Conference.  Counsel are to call the Court's AT&T conference line at (877) 848-7030 and enter the code 7324132 to connect to the proceedings.

IT IS SO ORDERED.

_____

KIRTAN KHALSA
UNITED STATES MAGISTRATE JUDGE