UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MARK CALERO,

                Plaintiff,

                                     Civ. No. 1:20-cv-1015-KWR-KK

VS.

CORECIVIC, INC.,

                Defendant.

## ORDER APPROVING STIPULATION TO SUBSTITUTE DEFENDANT

The Court having reviewed the parties' Stipulation to Substitute Defendant (Doc. 30) CoreCivic of Tennessee LLC for Defendant CoreCivic, Inc., having been advised that defense counsel represents both CoreCivic, Inc., and CoreCivic of Tennessee LLC, and that CoreCivic of Tennessee LLC consents to waive service, and good cause appearing;

**HEREBY ORDERS, ADJUDGES AND DECREES** that Defendant, CoreCivic, Inc. is **DISMISSED WITHOUT PREJUDICE** from this action and Plaintiff's former employer, CoreCivic of Tennessee LLC, **SHALL BE SUBSTITUTED** as the proper defendant in this action.

**DATED: February 9, 2021.**

**KEA W. RIGGS**
**UNITED STATES DISTRICT JUDGE**

WESTERN AGRICULTURE, RESOURCE
AND BUSINESS ADVOCATES, LLP

*/s/ A. Blair Dunn (w/ permission)*
A. Blair Dunn, Esq.
Jared R. Vander Dussen, Esq.
400 Gold St. SW, Suite 1000
Albuquerque, NM 87102
(505)750-3060
abdunn@ablairdunn-esq.com
warba.llp.jared@gmail.com

ATTORNEYS FOR PLAINTIFF

LITTLER MENDELSON, P.C.

*/s/ R. Shawn Oller*
R. Shawn Oller (N.M. Bar No.8787)
soller@littler.com
Peter Prynkiewicz (*pro hac vice*)
PPrynkiewicz@littler.com
Camelback Esplanade
2425 East Camelback Road. Suite 900
Phoenix, AZ  85016
602.474.3600 (Telephone)
602.957.1801 (Facsimile)

ATTORNEYS FOR DEFENDANT
CORECIVIC, INC.