# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

MARK CALERO,

    Plaintiff,

  v.                                    No. 1:20-cv-01015-KWR-KK

CORECIVIC of TENNESSEE, LLC.,

    Defendant.

## **JUDGMENT**

**THIS MATTER** comes before the Court on Defendant's Motion to Dismiss for Failure to State a Claim, filed October 12, 2020 **(Doc. 7).** For the reasons stated in the Memorandum Opinion and Order which accompanies this judgment,

**IT IS ORDERED** and **ADJUDGED** that Defendant's Motion to Dismiss **(Doc. 7)** is hereby **GRANTED.**

**IT IS FURTHER ORDERED** that Plaintiff's claims are **DISMISSED**, thus disposing of this case in its entirety.

_____
**KEA RIGGS**
**UNITED STATES DISTRICT JUDGE**